IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10861
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

FELIX SANDOVAL,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CR-008-1
- - - - - - - - - -
December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Felix Sandoval pleaded guilty to one count of possession of
heroin with the intent to distribute it.  He was sentenced to 76
months' imprisonment.

     Sandoval argues that the district court erred in finding
that he committed his offense within a "protected location" as
defined by U.S.S.G. § 2D1.2 and 21 U.S.C. § 1860.  We have
reviewed the record and Sandoval's contentions and we find no

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

reversible error.  *United States v. Echevaria*, 995 F.2d 562, 564 (5th Cir. 1993).

AFFIRMED.